FILED
CLERK, U.S. DISTRICT COURT

JUL - 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DENNIS ALEJANDRO CANJURA,          )      NO. CV 09-1591-DDP(E)
                                   )
                Petitioner,        )
                                   )
        v.                         )      ORDER DISMISSING PETITION
                                   )
J. WALKER, Warden,                 )      WITHOUT PREJUDICE
                                   )
                Respondent.        )
_____)

        Petitioner filed a "Petition for Writ of Habeas Corpus by a Person in State Custody" on March 6, 2009.  Respondent filed a Motion to Dismiss on June 3, 2009.

        On June 19, 2009, the Court received Petitioner's "Motion for Dismissal of Petition for Writ of Habeas Corpus Without Prejudice, etc." ("the motion").  The motion is ordered filed.  The Petition is

///
///
///
///

1  dismissed without prejudice, pursuant to Rule 41(a) of the Federal

2  Rules of Civil Procedure.[1]

3

4       LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6       DATED:  7-7-09 _____, 2009.

7

8

9  _____

          DEAN D. PREGERSON

10     UNITED STATES DISTRICT JUDGE

11

12

13

14

15  PRESENTED this 19th day of

16  June, 2009, by:

17

18  _____

      CHARLES F. EICK

UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27  _____

28     [1]   In view of this disposition, Respondent's Motion to
Dismiss is denied without prejudice as moot.

2