FILED
CLERK, U.S. DISTRICT COURT

JUL - 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ALEJANDRO CANJURA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>J. WALKER, Warden,<br><br>　　　　Respondent. | NO. CV 09-1591-DDP(E)<br><br>JUDGMENT |

Pursuant to the "Order Dismissing Petition Without Prejudice,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: 7-7-09 , 2009.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE